1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY; DUPONT,<br><br>Defendants. | No. 2:06-cv-02831-MCE-KJM<br><br>STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: _____          McGREGOR W. SCOTT
                                United States Attorney


                           By:  _____
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States

1

DATED: _____         PIERCE & WEISS, LLP

By: _____
ANN E. McINTIRE
Attorneys for Plaintiff

ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

Dated: July 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE